# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| | ) | |
| Charter Environmental, Inc. | ) | ASBCA No. 59870 |
| | ) | |
| Under Contract No. FA8903-06-D-8503 | ) | |

APPEARANCE FOR THE APPELLANT:     Peter F. Carr, II, Esq.
    Eckert Seamans Cherin & Mellott, LLC
    Boston, MA

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Maj George M. Ebert, USAF
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59870, Appeal of Charter Environmental, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals